IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ARLINGTON TECHNOLOGIES LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> COMCAST CABLE § <br> COMMUNICATIONS, LLC d/b/a § <br> XFINITY and COMCAST CABLE § <br> COMMUNICATIONS MANAGEMENT, § <br> LLC, § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 2:24-CV-00769-JRG-RSP |

**ORDER**

Before the Court is the Joint Motion for Dismissal (the "Motion") filed by Plaintiff Arlington Technologies LLC ("Plaintiff") and Defendants Comcast Cable Communications, LLC d/b/a Xfinity and Comcast Cable Communications Management, LLC (collectively, "Defendants"). (Dkt. No. 29.) In the Motion, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action with prejudice pursuant to Rules 41(a)(2) and (c) of the Federal Rules of Civil Procedure. (*Id*. at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted between Plaintiff and Defendants in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So Ordered this**

**Mar 4, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

2